UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
THOMAS F. LIOTTI,

               Plaintiff,

                                       ORDER ADOPTING REPORT
                                       AND RECOMMENDATION
             -against-            00-CV-225 (JS)(JO)

NASSAU COUNTY,

               Defendant.
----------------------------------X

Appearances:
For Plaintiffs:     Thomas F. Liotti, Esq., Pro se
                    Law Offices of Thomas F. Liotti
                    600 Old Country Road, Suite 530
                    Garden City, NY 11530

For Defendant:      Liora M. Ben-Sorek, Esq.
                    Nassau County Attorney's Office
                    One West Street
                    Mineola, NY 11501

SEYBERT, District Judge:

        Upon review of the Report and Recommendation of Magistrate Judge James Orenstein issued November 28, 2005, to which no party has objected, the Court hereby ADOPTS the Report and Recommendation in its entirety and ORDERS that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

        The Report and Recommendation provided that any objections were to be filed with the Clerk of the Court within ten days of service. The Eastern District of New York's Electronic Case Filing ("ECF") system indicates that all Parties in this action were served with a copy of the Report and Recommendation on or about November 28, 2005. The Court notes that the time for

filing objections has expired and no objections have been filed. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report and Recommendation in its entirety and ORDERS that the Amended Complaint in this action be DISMISSED WITH PREJUDICE pursuant to Rule 41(b) for failure to prosecute.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
January 24, 2006